UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,
          Plaintiff,

vs.

KEN CLARK, WARDEN
          Defendant.

CV 08    CASE NO. 3502

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, GREGORY L. BROWN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _1994; WAGES PER month $1,200; Howard Tire's_
4  _____
5  _____
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.    Business, Profession or              Yes ___ No _X_
9             self employment
10      b.    Income from stocks, bonds,           Yes ___ No _X_
11            or royalties?
12      c.    Rent payments?                        Yes ___ No _X_
13      d.    Pensions, annuities, or               Yes ___ No _X_
14            life insurance payments?
15      e.    Federal or State welfare payments,   Yes ___ No _X_
16            Social Security or other govern-
17            ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.     Are you married?                         Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.    a.    List amount you contribute to your spouse's support : $ ____N/A____
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __N/A_____
4  _____

5  5.  Do you own or are you buying a home?       Yes ____ No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.  Do you own an automobile?                  Yes ____ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ____ No ____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No ____ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No ____
18 _____

19 8.  What are your monthly expenses?
20 Rent: $ ____⦵____   Utilities: ____⦵____
21 Food: $ ____⦵____   Clothing: ____⦵____
22 Charge Accounts:
23 Name of Account         Monthly Payment          Total Owed on This Acct.
24 __N/A_____   $ _____            $ _____
25 _____   $ _____            $ _____
26 _____   $ _____            $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

1  _N/A_

2  _____

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                          Yes ___  No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7  _____

8  _____

9      I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11     I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13

14  _7/8/08_                              _Gregory L. Brown_
15    DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

1
2                                             Case Number: _____
3
4
5
6
7
8
9                                   **CERTIFICATE OF FUNDS**
10                                              **IN**
11                                    **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of __Brown, Gregory__ for the last six months at
15                                        [prisoner name]
16   __CSATF__ where (s)he is confined.
17        [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ ____Ø____ and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ __29.69__.
21
22   Dated: __JUL 0 2 2008__                    __M. Jordan__
23                                              [Authorized officer of the institution]
24
25
26
27
28

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/02/08
                                                                     PAGE NO:        1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SATF/SP AT CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 02, 2008

ACCOUNT NUMBER  : J82241                       BED/CELL NUMBER: FCB8T1000000124L
ACCOUNT NAME    : BROWN, GREGORY L                ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                             TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION        COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------        -------      ---------   --------   -----------   -------
01/01/2008  BEGINNING BALANCE                                                    201.36
01/10 FC03  DRAW-FAC 3         3602/FAC C                            30.00       171.36
01/24 W512  LEGAL POSTAGE      3864/LPOST                             1.64       169.72
01/24 W512  LEGAL POSTAGE      3864/LPOST                             0.58       169.14
01/24 W512  LEGAL POSTAGE      3864/LPOST                             0.58       168.56
01/24 W512  LEGAL POSTAGE      3864/LPOST                             1.81       166.75
02/11 FC03  DRAW-FAC 3         4103/FAC-C                           160.00         6.75
03/10 FC03  DRAW-FAC 3         4574/FAC C                             6.75         0.00

                           CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE   DESCRIPTION            COMMENT          HOLD AMOUNT
------      ----   -----------            -------          -----------
06/10/2008  H109   LEGAL POSTAGE HOLD     6160/06-08             0.59
06/10/2008  H109   LEGAL POSTAGE HOLD     6160/06-08             0.76
06/17/2008  H109   LEGAL POSTAGE HOLD     6276/06-12             1.30
06/17/2008  H118   LEGAL COPIES  HOLD     6276/06-07             0.40
06/17/2008  H118   LEGAL COPIES  HOLD     6276/06-10             4.29
06/17/2008  H118   LEGAL COPIES  HOLD     6276/06-13             1.95
06/25/2008  H109   LEGAL POSTAGE HOLD     6420/06-22             7.75
06/25/2008  H109   LEGAL POSTAGE HOLD     6420/06-22             7.75
07/01/2008  H109   LEGAL POSTAGE HOLD     0011/06-25             7.75

                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
---------    --------    -----------   -------      -------    ------------
 201.36       0.00         201.36       0.00        32.54         0.00

                                                 CURRENT
                                                AVAILABLE
                                                 BALANCE
                                                ---------
                                                  32.54
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  JUL 02 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
    TRUST OFFICE