Gregory L. Brown
J-82241
P.O. Box 5246
Corcoran, CA 93212

ORIGINAL

(PR)

United States District Court
Northern District of California

Gregory L. Brown,
Petitioner,

No. CV 08 3502 MMC

v.

Ken Clark, Warden,
Respondent.

Greg's Motion For An
Appointment of
Counsel

(28 U.S.C. sec. 1915(e)(1)

Declaration of Gregory L. Brown

I, Gregory L. Brown, declare that:

1.) I am the petitioner in the above entitled action. I make this declaration in support of this motion for appointment of counsel.

2.) I am filing a late federal petition for writ of habeas corpus due to recent and newly discovered evidence that support my claim of

1 of 3

actual innocence in the crime of conspiracy to commit murder and attempted murder of Robin Williams. Moreover, I maintain that my convictions are a direct result of fundamental constitutional errors and a miscarriage of justice arising from prosecutorial misconduct and ineffective assistance of trial counsel. Indeed, the petition contains claims of prosecutorial misconduct; ineffective assistance of trial counsel; ineffective assistance of appellate counsel; juror gave false answers and misleading statements during voir dire; and the convictions rest upon less than proof beyond a reasonable doubt of every element of the crime charged, and demonstrates the cause and prejudices of each claim.

3.) I am innocence of the crimes charged and have been unlawfully convicted thereof and been in prison since 1995 regarding them.

4.) I am unable to afford counsel and lack the legal training to properly represent myself in the habeas proceeding. I have requested leave to proceed in forma pauperis.

5.) I am presently in prison at the California Substance Abuse Treatment Facility & State Prison (SATF-Cor.) in Corcoran, CA. At this prison, prisoners are only allowed two hours per week of discretionary access to the law library and its resources.

6.) The habeas petition contains complex legal issues which requires significant research and investigation and some one trained in law to untangle the factitious conspiracy and attempted murder charge, as it pertains to me, and articulate the fundamental constitutional errors and the miscarriage of justice which derived therefrom and caused my unlawful convictions.

7.) For the above reasons, along with the record in this case, I should be represented by effective assistance of counsel in this habeas proceeding.

8.) WHEREFORE, my motion for the appointment of counsel should be granted.

I, GREGORY L. BROWN, declare under penalty of perjury that the foregoing is true and correct.

Date: 7/8/08

Respectfully submitted,

Gregory L. Brown
GREGORY L. BROWN,
Petitioner

3 of 3

<u>Declaration of Service</u>

Case Name: <u>Gregory L. Brown V. Ken Clark, Warden</u>

Case No.: _____

I declare:

On <u>July 8, 2008</u>, I served the attached <u>Greg's Motion for an Appointment of Counsel</u> by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the prison mail collection system at <u>SATF-Corcoran State Prison</u>, in California, addressed as follows:

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/8/08

Gregory L. Brown
Gregory L. Brown