Gregory L. Brown
J-82241
P.O. Box 5246
Corcoran, CA 93212

ORIGINAL

FILED
08 JUL 22 PM 12:46
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

(PR)
MMC

United States District Court
Northern District of California

Gregory L. Brown,
　　Petitioner,

V.

Ken Clark, Warden,
　　Respondent.

No. CV 08 3501

Greg's Supporting Documents For His Declaration And Memorandum In Support Of Good Cause To File A Late Petition For Writ Of Habeas Corpus Due To Newly Discovered Evidence And A Claim Of Actual Innocence

Gregory L. Brown declares that:

1.) I am the petitioner in the above entitled-action.

2.) The documents attached hereto are supporting documents for my Declaration And Memorandum In Support Of Good Cause To File A Late Petition For Writ Of Habeas Corpus Due To Newly Discovered Evidence served on the Court on or about April ___, 2008. Furthermore, under penalty of perjury I declare that the affixed supporting

1 of 2

1  documents are exact copies of what I declare
2  them to be as set forth in the said document.
3     Greg, the petitioner, declares under penalty of
4  perjury that the foregoing is true and correct.

6  Date: 4/—/08
7  7/8/08

   Respectfully submitted,
   Gregory L. Brown
   GREGORY L. BROWN,
   PETITIONER

2 of 2

## Declaration of Service

CASE NAME: Gregory L. Brown  V. Ken Clark, Warden

CASE NO.: _____

I declare:

On ~~May __, 2008~~ July 8, 2008, I served the attached Greg's Supporting Documents for his Decl./Memor. In Support Of Petition For Writ of Habeus Corpus.

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the prison mail collection system at SATF Corcoran State Prison, in California, addressed as follows:

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~5/_/08~~ 7/8/08

Gregory L. Brown
Gregory L. Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. BROWN,<br><br>              Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>              Respondent.<br>_____ | No. C 08-3501 MMC (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; DIRECTIONS TO CLERK** |

     On July 22, 2008, two habeas corpus actions were opened in this court as the result of filings received from petitioner, a California prisoner proceeding pro se. The first action, C 08-3502, is a petition for a writ of habeas corpus, in which petitioner alleges that in 1995, in the Superior Court of San Francisco County, he was wrongly convicted of conspiracy to commit murder and attempted murder. (See Brown v. Clark, C 08-3502 MMC (PR)). On July 28, 2008, the Court dismissed the petition as a second or successive petition, pursuant to 28 U.S.C. § 2244(b).

     The above-titled action is the second action, which is comprised of two documents. The first document is titled "Greg's Declaration and Memorandum in Support of Good Cause to File a Late Petition for Writ of Habeas Corpus Due to Newly Discovered Evidence and a Claim of Actual Innocence" ("Declaration"); the second document consists of exhibits in support of said Declaration. In his Declaration, petitioner explains that he is seeking leave to file, on grounds of newly discovered evidence, a "late" petition challenging his 1995

conviction for conspiracy to commit murder and attempted murder.

It is clear from the Declaration that petitioner intended that both the Declaration and supporting exhibits be filed with his petition in Case No. C 08-3502. Accordingly, as the instant action was opened in error, the Clerk of the Court is hereby DIRECTED to administratively close the case and to file the documents from the instant action in case number C 08-3502.[1]

Because the instant action was opened in error, no filing fee is due.

IT IS SO ORDERED.

DATED: July 30, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Case No. C 08-3502 remains closed. The filing of the above-referenced documents in Case No. C 08-3502 is an administrative matter and has no effect on the Court's dismissal of the petition therein as a second or successive petition.

2